**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**TANYATTA KINNEL**                                                                   **PLAINTIFF**

v.                                                       Civil Action No.: 3:20-cv-247-NBB-RP

**TUNICA COUNTY, MISSISSIPPI, et al.**                            **DEFENDANTS**

**MOTION TO WITHDRAW**

COMES NOW Jasmine Bogard, and respectfully moves this Court for an order granting the withdrawal of Jasmine Bogard as co-counsel on behalf of Plaintiff, Tanyatta Kinnel, in the above captioned action and requests that she be removed from the docket and no longer receive notice of filings for this case. Carlos E. Moore of the Cochran Firm will continue to represent the above referenced Plaintiff.

Respectfully submitted, this the 3rd day of August 2021.

                                                                             By: /s/ Jasmine Bogard
                                                                                Jasmine Bogard, MSB#105908

OF COUNSEL:

THE COCHRAN FIRM – MS Delta
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: cmoore@cochranfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify I electronically filed the foregoing with the Clerk of the Court using the MEC system which sent notification to:

R. Jeff Allen, Esq.
rjallen@huntross.com
HUNT ROSS & ALLEN
P. O. Box 1196
Clarksdale, MS 38614
Attorney for Defendants

This the 3rd day of August, 2021.

By: /s/ Jasmine Bogard
Jasmine Bogard, Esq.