# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TANYATTA KINNEL**                                                                  **PLAINTIFF**

**v.**                                                         **Civil Action No.: 3:20-cv-247-NBB-RP**

**TUNICA COUNTY, MISSISSIPPI, et al.**                                   **DEFENDANTS**

___

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD
___

Plaintiff's Counsels of Record, The Cochran Firm – Mississippi Delta, moves this Court for permission to withdraw as Attorneys of Record for Plaintiff and in support thereof state the following:

1. Plaintiff and her counsel have reached an impasse on how to proceed with her case, and it would be in the Plaintiff's best interest to retain new counsel.

2. Specifically, undersigned counsel has been unable to effectively communicate with Plaintiff regarding her case; thus preventing the attorneys of record from efficiently providing legal representation to the Plaintiff.

3. Thus, undersigned counsel is requesting permission to withdraw as counsel of record.

WHEREFORE, PREMISES CONSIDERED, Plaintiff's Counsel moves for an Order granting its withdrawal.

Respectfully submitted, this the 23rd day of September, 2021.

                                                                    **THE COCHRAN FIRM – MS DELTA**

                                                  **By:**     **/s/ Carlos E. Moore**
                                                                               Carlos E. Moore, MSB# 100685

OF COUNSEL:

**THE COCHRAN FIRM – Mississippi Delta**
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: cmoore@cochranfirm.com

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date served via the electronic filing system and/or mailed via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing to the following:

R. Jeff Allen, Esq.
rjallen@huntross.com
HUNT ROSS & ALLEN
P. O. Box 1196
Clarksdale, MS 38614
*Attorney for Defendants*

THIS, the 23rd day of September, 2021.

/s/ Carlos E. Moore
CARLOS E. MOORE, ESQ.