# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TANYATTA KINNEL**                                                                        **PLAINTIFF**

v.                                                  No. 3:20-CV-247-NBB-RP

**TUNICA COUNTY, MISSISSIPPI, et al.**                                        **DEFENDANT**

## ORDER DISMISSING CASE

On November 5, 2021, the magistrate judge entered an order allowing plaintiff's counsel to withdraw from this case. [Doc. 46]. The order stated in part:

> The plaintiff has until December 6, 2021, to retain other counsel, or to notify the court that she intends to proceed without an attorney, or to notify the court that she does not intend to prosecute this case further. . . . **The plaintiff is warned that failure to comply with Orders of this court may result in sanctions, <u>up to and including dismissal of the case</u>, as failure to comply with this Order or other Orders may lead to a presumption that [the plaintiff] has chosen not to proceed with this case.**

To date, plaintiff has not responded to the Order Granting Motion to Withdraw, and no attorney has made an appearance on the plaintiff's behalf. Accordingly, this case is hereby **DISMISSED** without prejudice.

**SO ORDERED**, this 24th day of January, 2022.

                                                     /s/ Neal Biggers
                                                     NEAL B. BIGGERS, JR.
                                                     UNITED STATES DISTRICT JUDGE